# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAMUEL J. BOZOCHOVIC,** | : | **CIVIL ACTION NO. 1:17-CV-1702** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **DOUGLAS MEYERS,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 18th day of October, 2017, upon consideration of plaintiff's motion (Doc. 10) for summary judgment, wherein he requests that the court enter judgment in his favor despite the fact that he "[has] no argument at the present time until opposing party responds" (Doc. 11, at 1), and the court noting that this action was closed on October 10, 2017 based on plaintiff's failure to exhaust administrative remedies (Docs. 7, 8), it is hereby ORDERED that the motion (Doc. 10) for summary judgment is DISMISSED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania